IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| v. | Case No. 91-CR-84-TRB |
| MAURICE WOODS, | |
| **Defendant.** | |

## OPINION AND ORDER

Before the Court is a Motion to Dismiss Information ("Motion") filed by the United States of America ("Government"). Dkt. No. 4. The Government requests leave to dismiss the Information [Dkt. No. 2] without prejudice as to Defendant Maurice Woods ("Defendant"). *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss Information [Dkt. No. 4] is GRANTED and the Information [Dkt. No. 2] is dismissed without prejudice as to Defendant Maurice Woods.

Dated this 18th day of May 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE